(INND Rev. 1/21)



FILED
page 1
FEB 18 2021
At _____ M
ROBERT N. THOO____ Clerk
U.S. DISTRICT COURT
NORTHERN DISTRICT OF INDIANA

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF INDIANA

*[This form is for non-prisoners to file a civil complaint. NEATLY print in ink (or type) your answers.]*

**Drew Allen Wilson**
[You are the PLAINTIFF, print your full name on this line.]

v.

**Conduent Human Services**
[The DEFENDANT is who you are suing. Put ONE name on this line. List ALL defendants below, including this one.]

Case Number **4:21-cv-16**
[For a new case in this court, leave blank. The court will assign a case number.]

*[The top of this page is the caption. Everything you file in this case must have the same caption. Once you know your case number, it is VERY IMPORTANT that you include it on everything you send to the court for this case. DO NOT send more than one copy of anything to the court.]*

## CIVIL COMPLAINT

| # | Defendant's Name and Job Title | Address |
|---|---|---|
| 1 | Conduent Human Services | 3400 Kent Ave, West Lafayette IN 47906 |
| 2 | [Put the names of any other defendants in these boxes.] | |
| 3 | | |

*[If you are suing more defendants, attach an additional page. Number each defendant. Put the name, job title, and address of each defendant in a separate box as shown here.]*

1. How many defendants are you suing? **One**
2. What is your address? **2854 West CR 550 N, Frankfort IN 46041**
3. What is your telephone number: (**765**) **337-1188**
4. Have you ever sued anyone for these exact same claims?
   ☒ No.
   ☐ Yes, attached is a copy of the final judgment OR an additional sheet listing the court, case number, file date, judgment date, and result of the previous case(s).

*[DO NOT write in the margins or on the back of any pages. Attach additional pages if necessary.]*

## CLAIMS and FACTS

DO: Write a short and plain statement telling what each defendant did wrong.

DO: Use simple English words and sentences.

**DO NOT**: Quote from cases or statutes, use legal terms, or make legal arguments.

DO: Explain when, where, why, and how these events happened.

DO: Include every fact necessary to explain your case and describe your injuries or damages.

DO: Number any documents you attach and refer to them by number in your complaint.

**DO NOT**: Include the names of minors, social security numbers, or dates of birth.

DO: Use each defendant's name every time you refer to that defendant.

DO: Number your paragraphs. [*The first paragraph has been numbered for you.*]

1. Conduent Human Services terminated my employment on 1/22/21. CHS cited to me personally it was due to a no-call no-show. I was in regular email and text SMS contact with my immediate supervisor. I not only made a reasonable attempt to notify CHS of my absence but was successful in that attempt. CHS just wanted to get rid of me.

2. I had told a Senior Eligibility worker [Coach] that they were trying to get rid of me. I was one of three Nursing Home Medicaid specialists on the business floor. That is an asset and they retaliated by placing me on inbound client calls.

3. I saved some evidence of the discrimination. On or about 1/5/21 I started to experience Covid symptoms. I had trouble breathing. I had coughing spells. I informed CHS immediately and then missed work until my termination on 1/22/21.

4. Three times in the past I missed work for health issues. July 2018 - November 2018, Jan 2020 - June 2020. Both were covered by FMLA or ADA extended leave. I think that they were paying someone who could not take calls. If you cannot take calls at CHS you are chastized. I have requested to be "off phones" prior to even missing work and for a few days

[*DO NOT* write in the margins or on the back of any pages. Attach additional pages if necessary.]

Claims and Facts (continued)

they allowed this. Once I started missing work I believe they went ahead and said "lets get rid of him for absenteeism." The problem is I could have filed another HOA packet upon my return.

5. I continued to remain sick after my termination. It took me two weeks to return my equipment from my home to CHS. I can provide proof as I was threatened with a theft police report by CHS site manager Terrence Fields.

PRIOR LAWSUITS – Have you ever sued anyone for this exact same event?
- ⊘ No.
- ◯ Yes, attached is a copy of the final judgment OR an additional sheet listing the court, case number, file date, judgment date, and result of the previous case(s).

RELIEF – If you win this case, what do you want the court to order the defendant to do?

I am asking for relief in the amount of $300,000 dollars. I had a $ five year ongoing career and had planned on moving up in the company. Termination from a state of IN contractor will appear negative to future employers on my work history. I may not be able to work in this field again.

FILING FEE – Are you paying the filing fee?
- ◯ Yes, I am paying the $402.00 filing fee. I understand that I am responsible to notify the defendant about this case as required by Federal Rule of Civil Procedure 4. [*If you want the clerk to sign and seal a summons, you need to prepare the summons and submit it to the clerk.*]
- ⊘ No, I am filing a Motion to Proceed In Forma Pauperis and asking the court to notify the defendant about this case.

[*Initial Each Statement*]

*DW*   I will keep a copy of this complaint for my records.
*DW*   I will promptly notify the court of any change of address.
*DW*   I declare **under penalty of perjury** that the statements in this complaint are true.

_____                                              2/18/21
Signature                                                                              Date

[*DO NOT write in the margins or on the back of any pages. Attach additional pages if necessary.*]